UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD DONALD BURLEY,

    Plaintiff,

vs.

RHONDA RIDER,

    Defendant.
_____/

Case No. 17-10110

HON. GEORGE CARAM STEEH

## ORDER DENYING PLAINTIFF'S OBJECTIONS [ECF NO. 13]

This matter was originally filed in the Eastern District of Michigan on January 12, 2017 and was assigned to the Honorable Judge Paul Borman. The case was transferred to the Western District of Michigan for the convenience of the parties and witnesses. All of the operative facts in the case took place at the Lakeland Correctional Facility, which is located in the Western District of Michigan. *See* Opinion and Order, ECF No. 4.

Plaintiff moved to change venue back to the Eastern District of Michigan and defendant Rider, the only remaining defendant in the matter, did not oppose the request. On April 30, 2019, venue was transferred back to this court. On May 1, 2019, the case was reassigned from Judge Borman to the undersigned as a companion case to Case No. 16-10712.

The matter is presently before the court on plaintiff's objections to the order reassigning the case as a companion case. Plaintiff's primary objections are that he is represented by counsel in one of his cases but not the other, and that each case is at a different procedural stage – one is in the discovery stage and the other is at the dispositive motion stage. However, the two cases are not being consolidated for any purpose, and each is guided by its own scheduling order. Plaintiff's objections are not well-taken. Now, therefore,

IT IS HEREBY ORDERED THAT plaintiff's objections are OVERRULED.

It is so ordered.

Dated: June 4, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 4, 2019, by electronic and/or ordinary mail and also on Edward Donald Burley #502426, Carson City Correctional Facility, 10274 Boyer Road, Carson City, MI 48811.

s/Barbara Radke
Deputy Clerk